COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Thomas Lanny Vlasak as Trustee for the Silber Family Trust v. TAXCO, INC.

Appellate case number:   01-16-00191-CV

Trial court case number: 2014-49207

Trial court:             11th District Court of Harris County

Date motion filed:       December 13, 2017

Party filing motion:     Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature:    /s/ Harvey Brown
                      ☐ Acting individually    ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey

Date: January 18, 2018